JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLE WHITE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, a public entity, and DOES 1-10,<br><br>Defendants. | Case No.: 2:20-cv-10438-SVW-JPR<br><br>**ORDER ENTERING JUDGMENT PURSUANT TO FRCP 68** |

# ENTRY OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68(a), the Court hereby directs the entry of judgment in favor of Plaintiff Nikole White ("Plaintiff") and against Los Angeles Unified School District ("Defendant" or "LAUSD") as follows:

1. Judgment is entered in favor of Plaintiff in the amount of thirty-five thousand dollars ($35,000), which includes all of Plaintiff's costs, attorney's fees, and expert's fees;

2. Defendant will change Plaintiff's Advance Placement ("AP") English Literature grade for her second semester of her 2018-2019 twelfth grade school year to a "Pass"; and

3. Each party to bear their own attorney's fees, expert fees, and costs.

Accordingly, the Court vacates all pending dates and removes this matter from the Court's active calendar list.

IT IS SO ORDERED.

Dated: June 22, 2021_  _____
Hon. Stephen V. Wilson
United States District Judge